IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 01-cv-00127-RPM

VENNIE SCOTT THOMPSON,

              Plaintiff,

v.

DEBORAH PATCH,
FRANK LUNA,
CORRECTIONS CORPORATION OF AMERICA, and
SHELLY POLLIT,

              Defendants.
_____

ORDER OF DISMISSAL
_____

      Pursuant to the recommendation of United States Magistrate Judge Michael J. Watanabe, filed August 25, 2005, it is

      ORDERED that the findings and conclusions stated therein are adopted and incorporated by this reference and, accordingly it is

      FURTHER ORDERED that this civil action is dismissed with prejudice as to defendants Frank Luna and Corrections Corporation of America and without prejudice as to unserved defendants Shelly Pollit and Deborah Patch.  With the previous order of dismissal of Defendants Bruce Schamback, D.M.D., and David Neece, D.O., on

February 19, 2004, this civil action is now dismissed in its entirety.

Dated:  September 15, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

Civil Action No.   01-cv-00127-PM

I do hereby certify that I have mailed a copy of the attached to the following:

Dated: September 15, 2005

                                  GREGORY C. LANGHAM, CLERK

                                  s/Leslie A. Martin
By_____
                                   Deputy

Vennie Scott Thompson
The Boulder Homeless Shelter
4869 North Broadway
Boulder, CO 80304